# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00004-CV

**City of Austin, Appellant**

**v.**

**National Media Corporation and ACME Partnership, L.P., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-10-003997, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant City of Austin has filed an unopposed motion to dismiss, explaining that the trial court's orders that are the subject of this interlocutory appeal are now merged into the trial court's final judgment, which has been appealed by both parties in a different cause number. We grant the motion and dismiss the interlocutory appeal, and, as requested by appellant, we note in our Court records that the City of Austin will remain as the cross-appellant in cause number 03-16-00839-CV. *See* Tex. R. App. P. 42.1(a)(1).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Goodwin

Dismissed on Appellant's Motion

Filed: April 7, 2017